# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GERRARDO FERNANDEZ, | ) | Case No. CV CV13-4406 DSF (MRW) |
| Petitioner, | ) | |
| vs. | ) | JUDGMENT |
| SECRETARY OF DEPARTMENT CORRECTION, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: 7/24/14

_____
HON. DALE S. FISCHER
UNITED STATES DISTRICT JUDGE